IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRAXTON ALAN NORWOOD,<br><br>Defendant. | CR-23-35-M-DLC<br><br><br>ORDER |

The United States has moved to quash the warrant for Braxton Alan Norwood because the defendant will voluntarily appear despite living overseas.

IT IS ORDERED that the issued warrant for Norwood is QUASHED.

IT IS FURTHER ORDERED that a summons shall be issued for the initial appearance of Norwood.

DATED this 3rd day of August, 2023.

Honorable Kathleen L. DeSoto
United States Magistrate Judge

1