IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 23–35–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| BRAXTON ALAN NORWOOD, | |
| Defendant. | |

Defendant has requested a special condition allowing him to travel between Montana and Germany during the period of his supervised release. (Doc. 42 at 13.)

Accordingly, IT IS ORDERED that Defendant shall file on or before 5:00 p.m. on Tuesday, October 29, 2024, a proposed special condition consistent with his request that also includes specific language addressing the need for him to report to his supervising probation officer while either in Germany or Montana.

DATED this 28th day of October, 2024.

_____
Dana L. Christensen, District Judge
United States District Court